## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| THE MONEY SOURCE INC. and LOANCARE, LLC, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Civil Action No.: 18-151 ) |
| PAYMAP INC., | ) ) |
| Defendant. | ) ) |

### DISCLOSURE STATEMENT OF DEFENDANT, THE MONEY SOURCE INC.

COMES NOW The Money Source Inc., one of the Plaintiffs in the above-captioned matter, and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees, affiliates, or similarly related individuals or entities reportable under the provisions of the S.D. Ala. CivLR 7.1:

1. There are no entities to be reported.

*Respectfully submitted this 9th day of April 2018.*

                                                  s/ Cheryl H. Oswalt
                                                Kerry P. McInerney (ASB-7857-N75K)
                                                Cheryl H. Oswalt (ASB-2975-E62O)
                                                Attorneys for Plaintiff
                                                The Money Source Inc.

**OF COUNSEL:**

**SIROTE & PERMUTT, PC**
2311 Highland Avenue South
Birmingham, Alabama 35205
Tel.: 205-930-5100
Fax: 205-930-5101
kmcinerney@sirote.com
coswalt@sirote.com

**SERVE DEFENDANT BY CERTIFIED MAIL**

Paymap Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801